# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

July 29, 2020

Hon. Cathy Seibel
United States District Court
U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:  **United States v. Bruce Jackson**
     **12 CR-111-22 (CS)**

*Mr. Rosenberg is hereby reappointed under the Criminal Justice Act to investigate and, if appropriate, prepare an application for compassionate release for Mr. Jackson -- subject of course to the consent of Mr. Jackson himself.*

*SO ORDERED.*

*[signature] CATHY SEIBEL, U.S.D.J.*

*7/27/20*

Dear Judge Seibel:

I represented defendant Bruce Jackson pursuant to the Criminal Just[ice Act before Your] Honor both in his underlying case reference above and in relation to a Vio[lation of Supervised] Release for which he was sentenced to 18 months incarceration on February [date].

I have been contacted by Mr. Jackson's mother who passed along her son's request that I represent him in pursuit of compassionate release due to the COVID 19 pandemic in combination with his personal risk factors.

Accordingly, I write to respectfully request that Your Honor approve my appointment under the Criminal Justice Act to investigate and potentially prepare and file such an application pursuant to 18 U.S.C.§3582 ( c ) (1) (A) (i ).

Thank you for your consideration to this request.

Respectfully submitted,

Richard H. Rosenberg